AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| GEMANE NETTLES <br><br> *Plaintiff(s)* <br><br> v. <br><br> ANTIONETTE COLSANTE and PRIMA PIZZA OF WOODHAVEN CORP. <br><br> *Defendant(s)* | Civil Action No. 24-cv-04711-DG-SJB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Antionette Colsante
    210 Syosset Woodbury Road, Syosset, New York 11791

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Maria-Constanza Barducci, Esq. (Bar No. 5070487)
    Barducci Law Firm, PLLC
    5 West 19 Street, 10th Floor
    New York, New York 10011
    (212) 433-2554

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney

*CLERK OF COURT*

Date: 7/8/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| GEMANE NETTLES <br><br> *Plaintiff(s)* <br><br> v. <br><br> ANTIONETTE COLSANTE and PRIMA PIZZA OF WOODHAVEN CORP. <br><br> *Defendant(s)* | Civil Action No. 24-cv-04711-DG-SJB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Prima Pizza of Woodhaven Corp.
92-15 Jamaica Avenue, Woodhaven, New York 11421

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Maria-Constanza Barducci, Esq. (Bar No. 5070487)
Barducci Law Firm, PLLC
5 West 19 Street, 10th Floor
New York, New York 10011
(212) 433-2554

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney

*CLERK OF COURT*

Date:  7/8/2024

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

