MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**October 30, 2024**

Honorable Sanket J. Bulsara
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

> **Re:   *Gemane Nettles v. Colsante et al***
> ***Civil Action No.:1:24-cv-04711-DG-SJB***
> ***Joint Notice of Settlement***

Dear Honorable Magistrate Judge Bulsara,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's 15, 2024 Mediation Order and Scheduling Order, the Parties together, file this letter as a notice of the current case status, apprising the Court that a Settlement in Principle has just been attained, and thereon the parties are in the process of preparing the requisite Settlement papers and agreements therewith.

Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed in the coming month or two, and mediation should no longer be necessary.

Thank you for the Court's time and consideration.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only