UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-04711-DG-RML**

| | |
|---|---|
| **Gemane Nettles**,<br>        Plaintiff,<br>vs.<br><br>**Antionette Colsante** and<br>**Prima Pizza Of Woodhaven Corp**,<br>        Defendants. | **JOIN STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: January 29, 2025

By: */s*  Maria-Costanza Barducci
    Maria-Costanza Barducci, Esq.
    BARDUCCI LAW FIRM PLLC.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barduccilaw.com
    *Attorneys for Plaintiff*

By: */s*  E. Michael Rosenstock
    E. Michael Rosenstock, Esq.
    Law Offices of E. Michael Rosenstock, P.C.
    55 Maple Avenue, Suite 206
    Rockville Centre, NY 11570
    516-766-7600
    emrosenstock@rosenstocklaw.com

By: */s*  Robert J. LaGarenne
    Robert J. LaGarenne, Esq.
    Spiegel & LaGarenne, LLP
    87-16 Woodhaven Blvd
    Woodhaven, NY 11421
    718-846-4465
    Email: robert@sllawnyc.com